UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRUGETTE, | Case No.  2:26-cv-0199-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| ROB BONTA, *et al.*, | |
| Defendants. | |

Plaintiff seeks a sixty-day extension of time to file an amended complaint.  ECF No. 7. His motion will be granted.

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 7, is GRANTED and his amended complaint is due within sixty days of this order's entry.

IT IS SO ORDERED.

Dated:  ___May 5, 2026___                          _____
                                                                  JEREMY D. PETERSON
                                                                  UNITED STATES MAGISTRATE JUDGE

1