UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRUGETTE,<br>Plaintiff,<br>v.<br>ROB BONTA, *et al.*,<br>Defendants. | Case No. 2:26-cv-0199-JDP (P)<br><br>ORDER |

On July 13, 2026, I dismissed plaintiff's first amended complaint with leave to amend within thirty days. ECF No. 12. On August 12, 2026, plaintiff moved for a sixty-day extension of time to submit his amended complaint. ECF No. 13. Plaintiff's motion is granted.

It is ORDERED that plaintiff's motion for extension of time, ECF No. 13, is GRANTED and his amended complaint is due within sixty days of this order's entry.

IT IS SO ORDERED.

Dated: August 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE